# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159370

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

OMEGA REHAB SERVICES, LLC,
        Plaintiff-Appellee,

v

EVEREST NATIONAL INSURANCE
COMPANY,
        Defendant-Appellant.

SC: 159370
COA: 340297
Wayne CC: 16-012355-NF

_____/

      By order of July 2, 2019, the application for leave to appeal the February 21, 2019 judgment of the Court of Appeals was held in abeyance pending the decision in *Jawad A Shah, MD, PC v State Farm Mut Auto Ins Co* (Docket No. 157951). On order of the Court, leave to appeal having been denied in *Shah* on October 25, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020

Clerk

a0127